## DILLARD v. GULF REFINING COMPANY et al.

RUSSELL, C. J. The petitioner sought to prevent the erection of a gasoline-filling station, upon the ground that the proposed station was in close proximity to her residence, and that the construction and maintenance of the filling station would create and constitute a nuisance which would inflict upon her damage which was incapable of being computed and which was therefore irreparable in damages. In such a case, where the testimony is conflicting as to whether the construction and maintenance of the filling station in question at the particular location and as proposed would create a nuisance, the exercise of the discretion of the judge of the superior court will not be controlled, unless in granting or refusing an interlocutory injunction there was an abuse of his discretionary power. Applying the foregoing rule (which is well established in this court) to the evidence as set out in the record, it was not error to refuse an interlocutory injunction.

*Judgment affirmed. All the Justices concur.*

No. 4556. DECEMBER 19, 1924.

Petition for injunction. Before Judge Shurley. Wilkes superior court. October 1, 1924.

*W. A. Slaton,* for plaintiff.

*C. E. Sutton* and *Norman & Norman,* for defendants.

---

## CLEMONS, alias DAWKINS, v. THE STATE.

GILBERT, J. The defendant was convicted of the offense of murder and sentenced to life imprisonment. His motion for a new trial, which was based solely on the general grounds, was overruled, and he excepted. *Held:*

1. The evidence supported the verdict.
2. Although the evidence of the witnesses for the State contained contradictions, there was no abuse of discretion in denying a new trial. Compare *Davis* v. *State,* 94 *Ga.* 399 (19 S. E. 243).

*Judgment affirmed. All the Justices concur.*

No. 4619. DECEMBER 19, 1924.

Murder. Before Judge E. D. Thomas. Fulton superior court, October 25, 1924.

*C. E. Moore,* for plaintiff in error.

*George M. Napier,* attorney-general, *John A. Boykin,* solicitor-general, *T. R. Gress,* assistant attorney-general, and *E. A. Stephens,* contra.